PEARL *against* EXECUTORS OF HARRINGTON. *Chittenden*, 1820.

ACT of 1807, allowing $2 term fee relates back to terms in which a suit, then in Court, was pending before the act was passed.

THIS was a writ of error, brought to reverse a judgment of Chittenden County Court, the error assigned was the taxation, in the bill of the costs, of two dollars term fee during the year 1806. Before the act of 1806, the party recovering was entitled to one dollar term fee, seventy-five cents per day for attendance, and travel within this state. 2 Stat. p. 387.

The Statute of 1806, increased the term fee to two dollars, and continued the travel fee for *actual* travel within this State : The act of 1807, 2 Stat. 394, enacts, "That the party recover-ing, in any civil action, in any County or Supreme Court, shall be entitled to tax in his bill of costs, tne sum of two dollars for each term of the Court in which his action shall have been pen-

ding, in lieu of his attendance, and the term fee heretofore allow-ed," and restricts the travel to two dollars.

By the Court. The act of 1807, must be construed to provide an uniform rule, for the taxation of costs, in all actions in Court at the time the act was passed, and to relate to the time of the commencement of such actions ; a party has no vested right : in the bill of costs until after recovery in the suit, so that this circumstance does not give the act a retrospective operation, so as to affect a vested right, the cost was legally taxed.

*Judgment*, there is no error.—See Audita Querela 5. Assumpsit, 3. Bastardy. Condemnation, No. 2. Set-Off, 3.